IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| The Wiremold Company, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| Mono-Systems, Inc., | ) May 30, 2014 |
| Defendant. | ) |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff The Wiremold Company (hereinafter "Wiremold") brings this Complaint for patent infringement against Defendant Mono-Systems, Inc. (hereinafter "Mono-Systems"). For its Complaint, Plaintiff Wiremold hereby alleges:

**Parties**

1. Plaintiff Wiremold is a corporation organized under the laws of the State of Connecticut, and has its principal place of business at 60 Woodlawn Street, West Hartford, Connecticut 06110.

2. Upon information and belief, Defendant Mono-Systems is a corporation organized under the laws of the State of New York, and has its principal place of business at 4 International Drive, Rye Brook, New York 10573.

1

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction over the claims set forth in this action under the patent laws of the United States, as set forth in Title 35 of the United States Code and 28 U.S.C. §§ 1331 and 1338(a).

4. Upon information and belief, this Court has personal jurisdiction over the Defendant Mono-Systems under the provisions of the Connecticut Long Arm Statute, Conn. Gen. Stat. § 33-929(f)(3) and by virtue of the facts that Defendant Mono-Systems has availed itself of the privilege of conducting business in the State of Connecticut, and the claims set forth in this action arise out of Defendant Mono-Systems' infringing activities in the State of Connecticut among other states, such that it would be reasonable for this Court to exercise personal jurisdiction over Defendant Mono-Systems.

5. Venue in this District is appropriate pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b), because Defendant Mono-Systems has committed acts of infringement in this District and has sold or offered for sale infringing products in this District.

**Facts**

6. On February 18, 2014, U.S. Patent No. 8,651,460, entitled "Wall Grommet for Power Connection" (hereinafter "the '460 Patent"), was duly and legally issued to Plaintiff Wiremold by the United States Patent and Trademark Office, on an application filed by Daron Callahan, Peter M. Schneider, David Singer and Kenneth J. Buras on September 28, 2011.

7. A true and correct copy of the '460 Patent is attached hereto as Exhibit A.

8. Plaintiff Wiremold is the owner by assignment of the '460 Patent from the inventors, Daron Callahan, Peter M. Schneider, David Singer and Kenneth J. Buras executed in December 2011 and recorded with the United States Patent and Trademark Office at reel 028073, frame 0575 on April 19, 2012.

9. Plaintiff Wiremold designs, manufactures, sells and distributes, *inter alia,* a full range of wire and cable management products, including but not limited to wall grommets for routing power cords.

10. Upon information and belief, Defendant Mono-Systems manufactures, sells or otherwise distributes, *inter alia,* wire and cable management products, including but not limited to wall grommets for routing power cords.

11. Upon further information and belief, Defendant Mono-Systems manufactures, sells, and offers for sale the FSTV70 Flat TV Behind Wall Power Kit (hereinafter "FSTV70 Product").

12. A printout of a description of Defendant Mono-Systems' FSTV70 Product, available on Lowe's Companies, Inc.'s (hereinafter "Lowe's") website at http://www.lowes.com/pd_480702-35681-FSTV70_0__?productId=50053819&Ntt=monosystems&pl=1&currentURL=%3FNtt%3Dmonosystems&facetInfo, is attached hereto as Exhibit B.

13. Upon information and belief, Defendant Mono-Systems distributes and sells the FSTV70 Product through Lowe's stores, including stores located in this District.

14. A copy of a receipt for the purchase of Defendant Mono-Systems' FSTV70 Product from Lowe's store in Bloomfield, Connecticut is attached hereto as Exhibit C.

3

**Count I**
**Patent Infringement**

15. Plaintiff Wiremold realleges and restates each and every allegation set forth in paragraphs 1-14 inclusive, and incorporates them herein by reference.

16. Without the consent or authorization of Plaintiff Wiremold, Defendant Mono-Systems has infringed the '460 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale or importing certain products covered by at least one claim of the '460 Patent in this District and elsewhere in the United States.

17. Defendant Mono-Systems' infringement of the '460 Patent has irreparably damaged Plaintiff Wiremold in an amount that is unknown and cannot at the present time be ascertained, and will cause added injury and loss unless this Court enjoins Defendant Mono-Systems.

**Prayer for Relief**

WHEREFORE, Plaintiff Wiremold seeks judgment as follows:

1. That this Court declare that the '460 Patent is valid and infringed by Defendant Mono-Systems.

2. That this Court preliminarily and permanently enjoin Defendant Mono-Systems, and anyone acting in concert with it, from infringing the '460 Patent as provided in 35 U.S.C. § 283, and specifically bar Defendant Mono-Systems, and anyone acting in concert with it, from making, using, selling or offering for sale in the United States products that infringe the '460 Patent.

3. That this Court award Plaintiff Wiremold damages, as provided in 35 U.S.C. § 284, in an amount to be proven at trial, for infringement of the '460 Patent by Defendant Mono-Systems.

4.     That this Court declare this case exceptional and award Plaintiff Wiremold its costs in this Complaint, together with reasonable attorneys' fees as provided in 35 U.S.C. § 285.

5.     That Plaintiff Wiremold be awarded such other and further relief, general and special, at law or in equity, which this Court, in its discretion, may deem just and proper.

**Jury Demand**

Plaintiff Wiremold hereby demands a jury trial.

                Respectfully submitted

                **PLAINTIFF THE WIREMOLD COMPANY**

Dated: May 30, 2014

/ s / Marina F. Cunningham
Marina F. Cunningham (Bar No. CT19475)
John C. Linderman (Bar No. CT04291)
Richard J. Twilley (Bar No. CT26736)
McCormick, Paulding & Huber, LLP
Its Attorneys
CityPlace II
185 Asylum Street, 18th Floor
Hartford, CT  06103
Tel.: (860) 549-5290
Fax: (860) 527-0464
E-mail: cunningham@ip-lawyers.com
E-mail: lind@ip-lawyers.com
E-mail: twilley@ip-lawyers.com

ITS ATTORNEYS