**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| The Wiremold Company, | ) |
| Plaintiff, | ) Civil Action No. 3:14-cv-00786-AWT |
| v. | ) |
| Mono-Systems, Inc., | ) October 24, 2014 |
| Defendant. | ) |

**<u>AMENDED COMPLAINT</u>**

Plaintiff The Wiremold Company (hereinafter "Wiremold") brings this Amended Complaint for patent infringement, copyright infringement and unfair competition against Defendant Mono-Systems, Inc. (hereinafter "Mono-Systems").  For its Amended Complaint, Plaintiff Wiremold hereby alleges:

**Parties**

1.      Plaintiff Wiremold is a corporation organized under the laws of the State of Connecticut, and has its principal place of business at 60 Woodlawn Street, West Hartford, Connecticut 06110.

2.      Upon information and belief, Defendant Mono-Systems is a corporation organized under the laws of the State of New York, and has its principal place of business at 4 International Drive, Rye Brook, New York 10573.

**Jurisdiction and Venue**

3.      This Court has subject matter jurisdiction over the claims set forth in this Amended Complaint because this action arises under federal law, specifically, under the Patent Laws of the United States, as set forth in Title 35 of the United States Code; the Copyright Laws of the United States, as set forth in Title 17 of the United States Code; and for the related claims of unfair competition under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) and Conn. Gen Stat. § 42-110a *et seq.*  This Court also has jurisdiction over this action under 28 U.S.C. §§ 1331, 1332, 1338(a) and (b), and 1367.

4.      Upon information and belief, this Court has personal jurisdiction over the Defendant Mono-Systems under the provisions of the Connecticut Long Arm Statute, Conn. Gen. Stat. § 33-929(f)(3) and by virtue of the facts that Defendant Mono-Systems has availed itself of the privilege of conducting and soliciting business in the State of Connecticut, and the claims set forth in this action arise out of Defendant Mono-Systems' infringing activities in the State of Connecticut among other states, such that it would be reasonable for this Court to exercise personal jurisdiction over Defendant Mono-Systems.

5.      Venue in this District is appropriate pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(a) and (b), because Defendant Mono-Systems has committed acts of infringement in this District and has sold or offered for sale infringing products in this District.

**Facts**

6.      On February 18, 2014, U.S. Patent No. 8,651,460, entitled "Wall Grommet for Power Connection" (hereinafter "the '460 Patent"), was duly and legally issued to Plaintiff Wiremold by the United States Patent and Trademark Office, on an application

filed by Daron Callahan, Peter M. Schneider, David Singer and Kenneth J. Buras on September 28, 2011.

7.      A true and correct copy of the '460 Patent is attached hereto as Exhibit A.

8.      Plaintiff Wiremold is the owner by assignment of the '460 Patent from the inventors, Daron Callahan, Peter M. Schneider, David Singer and Kenneth J. Buras executed in December 2011 and recorded with the United States Patent and Trademark Office at reel 028073, frame 0575 on April 19, 2012.

9.      Plaintiff Wiremold designs, manufactures, sells and distributes, *inter alia,* a full range of wire and cable management products, including but not limited to wall grommet kits for routing power cords.

10.      Plaintiff Wiremold manufactures, sells, offers for sale and promotes a wall grommet kit for routing power cords in the United States entitled the In-Wall Cord & Cable Power Kit<sup>TM</sup> under Model No. CMK70 (hereinafter "the Wiremold CMK70 Kit").

11.      Plaintiff Wiremold began offering the Wiremold CMK70 Kit for sale in the United States on or about October 2011.

12.      The Wiremold CMK70 Kit includes two (2) Power Grommets with a 5 ft. Power Harness; a 6 ft. Power Cord; a Hole Saw (with a ¼ in. bit for a power drill and a Hole Saw Handle for manual installation); a "Fish Tape" for feeding cables behind a wall (comprising three (3) 30 in. poles, two (2) connectors, and one (1) fish hook); and an Installation Instructions Guide.

13.      The terms "Power Grommet" and "Power Harness," as used to describe the invention of the '460 Patent and the components of the Wiremold CMK70 Kit, were specifically developed by Wiremold to describe and promote the invention of the '460 Patent and the Wiremold CMK70 Kit, and are not considered to be "terms of the art"

commonly used to describe such components in the industry for wire and cable management products.

14.     Use of the numerical designator "70" in the Model Number for the Wiremold CMK70 Kit was arbitrarily selected by Plaintiff Wiremold and has no standard meaning in the industry for wire and cable management products.  The "CMK" prefix is Wiremold's code for its Cable Management Kit Series.

15.     The Wiremold CMK70 Kit was entered in the 2012 International Design Excellence Award (IDEA) design competition and achieved recognition as a finalist.

16.     On October 21, 2014, Plaintiff Wiremold filed with the United States Copyright Office an application to register its copyright in its Installation Instructions Guide, as provided with the Wiremold CMK70 Kit (hereinafter "the Copyrighted Installation Guide").  True and correct copies of the Application (Case No. 1-1839946491) and deposit material submitted to the United States Copyright Office are attached as Exhibit B.

17.     Since its publication, the Copyrighted Installation Guide has included a copyright notice, evidencing Plaintiff Wiremold's copyright ownership.

18.     Plaintiff Wiremold has sold the Wiremold CMK70 Kit through large retailers, such as Best Buy, online retailers, such as Amazon, and big box building supply houses, such as Home Depot.

19.     Plaintiff Wiremold had negotiated an arrangement with Lowe's in the First Quarter of 2013 to place the Wiremold CMK70 Kit in endcap displays in about 500 Lowe's stores nationwide beginning in October 2013.  An end cap display is located at the end of an aisle of retail floor space, and is commonly utilized to promote and sell new products.  After a 90-day launch period, the endcap display and sales of the

Wiremold CMK70 Kit was to be expanded to about 1000 Lowe's stores nationwide, with Wiremold's estimated sales for such expansion in the amount of about $200,000.

20.     Upon information and belief, Defendant Mono-Systems manufactures, sells or otherwise distributes, *inter alia,* wire and cable management products, including but not limited to DIY kits for routing power cords within a wall structure.

21.     Upon information and belief, Defendant Mono-Systems manufactures, sells, offers for sale and promotes a DIY kit for routing power cords within a wall structure in the United States entitled the Neat & Easy<sup>TM</sup> In-Wall Power Cord & Cable Hider Kit under Model No. FSTV70 (hereinafter "the Mono-Systems FSTV70 Kit").

22.     A printout of a description of Defendant Mono-Systems' FSTV70 Product, available on Lowe's Companies, Inc.'s (hereinafter "Lowe's") website at *http://www.lowes.com/pd_480702-35681-FSTV70_0__?productId=50053819&Ntt= monosystems&pl=1&currentURL=%3FNtt%3Dmonosystems&facetInfo*, is attached hereto as Exhibit C.

23.     Plaintiff Wiremold and Defendant Mono-Systems are direct competitors for wire and cable management products and sell products through the same retail channels of trade.

24.     The market for DIY kits for routing power cords within a wall structure is divided essentially between three (3) companies, including Plaintiff Wiremold and Defendant Mono-Systems.

25.     Upon information and belief, Defendant Mono-Systems distributes and sells the Mono-System FSTV70 Kit through Lowe's stores, including stores located in this District.

26.     A copy of a receipt for the purchase of the Mono-Systems FSTV70 Kit from a Lowe's store in Bloomfield, Connecticut is attached hereto as Exhibit D.

27.     Upon information and belief, prior to the October 2013 launch of the Wiremold CMK70 Kit in Lowe's, Lowe's was approached by Mono-Systems, who offered its Mono-Systems FSTV70 Kit at a lower price.

28.     Upon information and belief, Lowe's selected the Mono-Systems FSTV70 Kit for endcap display program and sale in about 1300 Lowe's stores nationwide in October 2013, and sales of such product began in October 2013.

29.     Upon information and belief, the Mono-Systems FSTV70 Kit was not available for sale anywhere in the United States prior to October 2013.

30.     On or about October 2013, Lowe's informed Wiremold that Lowe's would not be promoting the Wiremold CMK70 Kit in endcap displays at any of its stores.

31.     Upon information and belief, Lowe's selection of the Mono-Systems FSTV70 Kit over the Wiremold CMK70 Kit for its endcap displays was due to similarity of the Mono-Systems FSTV70 Kit and the lower sales price being offered by Defendant Mono-Systems.

32.     Plaintiff Wiremold estimates the lost value of the endcap display arrangement discussed with Lowe's to be about $375,000 for the initial product launch.

33.     Upon information and belief, Defendant Mono-Systems is aware of the '460 Patent.

34.     Upon information and belief, Defendant Mono-Systems was aware of Wiremold's CMK70 Kit prior to introducing the Mono-Systems FSTV70 Kit to market in the United States.

35.     Like the Wiremold CMK70 Kit, the Mono-Systems FSTV70 Kit includes two (2) Power Grommets with a 5 ft. Power Harness; a 6 ft. Power Cord; a Hole Saw (with a ¼ in. bit for a power drill and a Hole Saw Handle for manual installation); a "Cable Lead" for feeding cables behind a wall (comprising three (3) 30 in. poles, two (2) connectors, and one (1) fish hook); and a Power Kit Installation Guide.

36.     The packaging for the Mono-Systems FSTV70 Kit is essentially a duplicate of the packaging for the Wiremold CMK70 Kit, including use of the same sized and shaped box; use of the same arbitrary numerical model designator (i.e., "70"); use of confusingly similar product names (i.e., Wiremold's "In-Wall Cord & Cable Power Kit$^{TM}$ vs. Mono-Systems' "In-Wall Power Cord & Cable Hider Kit"); and use of similar or identical imagery and verbiage to promote and describe the products.  Side-by-Side comparisons of the packaging for the Wiremold CMK70 Kit and the Mono-Systems FSTV70 Kit are attached hereto as Exhibit E.

37.     Upon information and belief, Defendant Mono-Systems obtained the Wiremold CMK70 Kit and packaging and used them as the model for its own Mono-Systems FSTV70 Kit and packaging without prior authorization from Plaintiff Wiremold.

38.     The Wiremold CMK70 Kit is sold in an oblong, rectangular box having general dimensions of 30.375 inches long by 5.125 inches wide by 3.25 inches deep.

39.     The Mono-Systems FSTV70 Kit is sold in an oblong, rectangular box having general dimensions of 30.438 inches long by 5.125 inches wide by 3.375 inches deep.

40.     The packaging for the Wiremold CMK70 Kit uses three (3) photographs summarizing the installation process of the kit, which are shown and described as (1)

7

"Drill hole"; (2) "Feed Power Harness and cables through wall"; and (3) "Attach connections and plug-in power cable".

41.     The packaging for the Mono-Systems FSTV70 Kit uses three (3) photographs summarizing the installation process of the kit, which are shown and described as (1) "Drill grommet holes with the included hand tool"; (2) "Feed cables through wall"; and (3) "Attach power cord to grommet then the wall outlet".

42.     The packaging for the Wiremold CMK70 Kit states "Easily run power and hide unsightly cords and cables."

43.     The packaging for the Mono-Systems FSTV70 Kit states "Easily Hides Unsightly Power Cords & Cables."

44.     The packaging for the Wiremold CMK70 Kit states "Pre-Wired design installs in under 30 minutes with no electrician or hard-wiring required."

45.     The packaging for the Mono-Systems FSTV70 Kit states "Pre-Wired Design Installs in Under 30 Minutes with no Electrician Required."; "Installs in Under 30 Minutes. No Electrician Needed!"; "Installs neatly and easily in under 30 minutes."; and "Pre-wired in-wall power cord and cable hider design lets you hide unsightly power cords and feed HDMI and other component cables in wall without the need of an electrician."

46.     The packaging for the Wiremold CMK70 Kit lists the components of the Kit as follows:

> "Power Grommets with 5' Power Harness
> 6' Power cord
> Hole Saw (with ¼" bit for power drill)
> Hole Saw handle (for manual installation)
> Fish tape to feed cables behind wall"

47.     The packaging for the Mono-Systems FSTV70 Kit lists the components of the Kit as follows:

> "Power grommets with 5 ft power harness
> 6 ft power cord
> Hole saw (with ¼" bit for power drill)
> Hole saw handle (for manual installation)
> Cable lead to feed cables behind wall"

48.     The packaging for the Wiremold CMK70 Kit provides an image of all the included components.

49.     The packaging for the Mono-Systems FSTV70 Kit provides an image of all the included components in a similar arrangement as provided on the packaging for the Wiremold CMK70 Kit.

50.     The packaging for the Wiremold CMK70 Kit states "Works with most TV plugs. Maximum plug width: 1.125" " and includes a diagram of a rounded square with 1.125" inside over the phrase "Check size."

51.     The packaging for the Mono-Systems FSTV70 Kit states "Works with most TV plugs. Maximum plug width: 1.125" " and includes a diagram of a rounded square with 1.125" inside over the phrase "Check size."

52.     The Power Kit Installation Guide provided with the Mono-Systems FSTV70 Kit (hereinafter "the Infringing Installation Guide") is essentially a direct copy of the Copyrighted Installation Guide, including use of the same number of installation steps (i.e., thirteen (13)); the same instructions for each step of the installation process; and identical imagery and verbiage.  A copy of the Infringing Installation Guide is attached hereto as Exhibit F.

53.     Reproduced below are Plaintiff's Copyrighted Installation Guide (LEFT) and Defendant's Infringing Installation Guide (RIGHT):

## Left panel — Legrand / Wiremold



**Wiremold®**
**CMK70**
Power Kit • Trousse d'alimentation • Kit de energía

Installation instructions • Guide d'installation • Instrucciones de instalación
Rev.1 6/12 457 – 09/11

Catalog Number(s) • Numéro(s) de catalogue • Número(s) de catálogo: CMK70

Country of Origin: Made in China • Pays d'origine: Fabriqué en Chine • País de origen: Fabricado en China

- **READ ALL INSTRUCTIONS BEFORE BEGINNING**
- **VEUILLEZ LIRE TOUTES LES INSTRUCTIONS AVANT DE COMMENCER**
- **LEA TODAS LAS INSTRUCCIONES ANTES DE COMENZAR**

Legrand/Wiremold electrical systems conform to and should be properly grounded in compliance with requirements of the current National Electrical Code or codes administered by local authorities.

All electrical products may present a possible shock or fire hazard if improperly installed or used. Legrand/Wiremold electrical products may bear the mark of a Nationally Recognized Testing Laboratory and should be installed in conformance with current local and/or the National Electrical Code.

Les systèmes électriques Legrand/Wiremold sont conformes aux exigences du Code national de l'électricité en vigueur ou aux codes locaux et devraient être mis à la terre conformément à ceux-ci.

Tous les produits électriques peuvent comporter un risque d'électrocution ou d'incendie s'ils sont mal installés ou mal utilisés. Les produits électriques Legrand/Wiremold peuvent porter la marque d'un laboratoire de vérification reconnu à l'échelle nationale (NRTL) et devraient être installés conformément au Code national de l'électricité en vigueur ou aux codes locaux.

Los sistemas eléctricos Legrand/Wiremold cumplen con y se deben conectar a tierra adecuadamente conforme a los requisitos del Código Eléctrico Nacional o los códigos vigentes administrados por las autoridades locales.

Todos los productos eléctricos pueden presentar una posible descarga o riesgo de incendio si no se utilizan o instalan adecuadamente. Los productos eléctricos Legrand/Wiremold pueden llevar la marca de un laboratorio de pruebas reconocido a nivel nacional (NRTL), y se deben instalar de conformidad con el Código Eléctrico Nacional y/o local vigentes.

**Tools Needed for Installation • Outils nécessaires pour l'installation • Herramientas necesarias para la instalación:**



### INSTALLATION • INSTALLATION • INSTALACIÓN:

**Step 1. • Étape 1. • Paso 1.**

Prior to drilling any holes in the wall, verify the plug from the television will plug into the top grommet.

Avant de commencer à percer des trous, assurez-vous que la fiche du téléviseur puisse se brancher dans l'assemblée supérieur.

Antes de perforar orificios en la pared, verifique que el enchufe del televisor se conecte a la unidad superior.



Works with most TV plugs.
Maximum plug width 1 1/8"
Compatible avec la plupart des fiches de téléviseurs. Fiches d'une largeur maximale de 1 1/8"
Funciona con la mayoría de los enchufes de televisores. Ancho máximo del enchufe 1 1/8"

TV Plug • Fiche du téléviseur • Enchufe del televisor

## Right panel — FSTV70 / MonoSystems

**FSTV70**
Power Kit Installation Guide
Guía de Instalación

Country of Origin: Made in China


MonoSystems
with management, managed™

- **READ ALL INSTRUCTIONS BEFORE BEGINNING**

MonoSystems, Inc. electrical products conform to and should be properly grounded in compliance with requirements of the current National Electrical Code or codes administered by local authorities. All electrical products may present a possible shock or fire hazard if improperly installed or used. MonoSystems inc. electrical products may bear the mark of a Nationally Recognized Testing Laboratory and should be installed in conformance with current local and/or the National Electrical Code.

- **LEA TODAS LAS INSTRUCCIONES ANTES DE COMENZAR**

Productos eléctricos MonoSystems, Inc. cumplen y difieren secuencia/adas a tierra correctamente en conformidad con los requisitos del el actual Código Eléctrico Nacional o los códigos administrados por las autoridades locales.Todos los aparatos eléctricos pueden presentar una posible descarga o riesgo de incendio si no están bien instalados o utilizados. Productos eléctricos MonoSystems inc. pueden llevar la marca de un laboratorio de pruebas reconocido a nivel nacional y/o el Código Eléctrico Nacional.

**Tools Needed for Installation:**




**STEP 1 •**

Before drilling any holes in the wall, ensure that the plug from the television will plug into the top grommet.

PASO 1 •Antes de taladrar los agujeros en la pared, asegúrese de que el enchufe de la televisión podrá conectar el portacable superior.



Max plug width 1-1/8"



TV Plug

**STEP 2 •**

Locate the studs and determine the mounting location between them. The FSTV70 was designed to fit into both interior and exterior walls made up of a minimum of 2" x 3" studs and 1/2" inch sheetrock.

PASO 2 • Localice los montantes y determine la ubicación de montaje entre ellos. El FSTV70 fue diseñado para caber en el interior y las paredes exteriores compuesto de un mínimo de 2"x 3" montantes y 1/2" placería de yeso.

NOTE •
Exterior walls with blown-in insulation may require removal of some of the insulation within the wall cavity.

NOTA • Las paredes exteriores con aislamiento de burbujas soplado-en pueden requerir la eliminación de algunos de los mismos dentro del hueco en la pared.



Product Support: MonoSystems, Inc. | 4 International Drive | Rye Brook, NY 10573 | 888-764-7681

## Bottom panel

**Step 2. • Étape 2. • Paso 2.**

Determine the mounting location between the studs. The CMK70 Power Kit is designed to fit into both interior and exterior walls constructed of a minimum of 2" x 3" studs and 1/2" inch drywall.

Déterminez de l'emplacement du montage situé entre les goujons. La trousse d'alimentation CMK70 est conçue pour s'adapter aux murs intérieurs et extérieurs constitués à partir de maximum de la pied de distance l'un de l'autre, et ce, dans la même cavité murale.

Determine la ubicación de montaje entre los pernos. El Kit de energía CMK70 está diseñado para ser colocado en paredes internas y externas construidas con pernos de un mínimo de 2" x 3" y una placa de yeso de 1/2" pulgada.

NOTE • NOTE • NOTA:
Exterior walls with blown-in type insulation may require removal of some of the insulation within the wall cavity.

Les murs extérieurs isolés à l'aide d'un matériau isolant insufflé peuvent nécessiter le retrait d'une partie de l'isolant présent dans la cavité murale.

Las paredes externas con aislamiento soplado pueden requerir la extracción de parte del aislamiento de la cavidad de la pared.



**Step 3. • Étape 3. • Paso 3.**

Measure and mark the center of each hole location. The top and bottom assemblies can be located a maximum of 5 feet apart within the same wall cavity.

Mesurez et marquez le centre de chacun des trous à percer. Les ensembles supérieur et inférieur peuvent être installés à un maximum de 5 pieds de distance l'un de l'autre, et ce, dans la même cavité murale.

Mida y marque el centro de la ubicación de cada orificio. La unidad superior y la unidad inferior se pueden colocar a una distancia máxima de 5 pies dentro de la misma cavidad de la pared.

NOTE • NOTE • NOTA:
The top assembly should be installed so that it is hidden behind the TV when mounted on the wall.

L'ensemble supérieur doit être installé de façon à ce qu'il soit caché par le téléviseur lorsque celui-ci est fixé au mur.

La unidad superior se debe instalar de tal forma que quede oculta detrás del televisor cuando se monte en la pared.

TV Screen and Mount (Not Included)
Téléviseur et soporte mural (non inclus)
Pantalla del televisor y soporte (no incluido)

5' [1.52m] Maximum

**Step 4. • Étape 4. • Paso 4.**

Assemble the 3 inch hole saw. Using either a power drill or the handle, drill a hole at each of the 2 pre-determined locations.

Assemblez la scie-cloche de 3 pouces. À l'aide d'une perceuse électrique ou d'un vilebrequin, percez un trou aux deux endroits prédéterminés.

Ensamble la sierra perforadora de 3 pulgadas. Con un taladro eléctrico o la manivela, perfore un orificio en cada una de las 2 ubicaciones determinadas anteriormente.

**Step 5. • Étape 5. • Paso 5.**

Assemble the 3 sections of the fish tape together using the provided connectors and fish hook. Starting at the bottom hole, insert the fish tape to the upper hole.

Assemblez les 3 sections du ruban de tirage à l'aide des connecteurs et du crochet fournis. En partant du trou inférieur, insérez le ruban de tirage et faites-le remonter jusqu'au trou supérieur.

Ensamble las 3 secciones de la cinta pasacable usando los conectores provistos y el gancho. Comenzando desde el orificio inferior, inserte la cinta pasacable hacia el orificio superior.





**STEP 3 •**

Locate, measure and mark the center of both hole locations.
The top and bottom grommets can be located a maximum of 5 feet apart within the same wall cavity.

*NOTE •*  Ensure that the top grommet is installed so that it is hidden behind the TV when mounted to the wall.

**STEP 4 •**

Assemble the 3 inch hole saw. You may use either a power drill or the handle to drill a hole at each of the 2 pre-determined locations.

**STEP 5 •**

Assemble the 3 sections of the Cable Feeds together using the provided connectors and hook. Starting at the bottom hole, insert the Cable Feed to the upper hole.

**STEP 6 •**

Hook the wire of the Power Harness to the Cable Feed and pull through the wall until it protrudes through the bottom hole.

**Step 6. • Étape 6. • Paso 6.**

Hook the wire of the Power Harness to the fish hook and pull through the wall until it protrudes through the bottom hole.

Accrochez le fil du harnais de la trousse d'alimentation au crochet du ruban de tirage et tirez-le dans le mur jusqu'à ce qu'il ressorte par le trou inférieur.

Enganche el cable del arnés de energía a la cinta pasacable y tire por la pared hasta que salga por el orificio inferior.



**Step 7. • Étape 7. • Paso 7.**

Unsnap the trim ring from the pre-assembled upper module. Route low voltage cables through the upper module and gasket. Route the low voltage cables through the upper hole and out through the bottom hole. The fish tape can also be used to help route the cables.

Retirez l'anneau de garniture du module supérieur préassemblé. Faites passer les câbles de basse tension dans le module supérieur et dans la garniture. Faites passer les câbles de basse tension dans le module supérieur et faites-les ressortir par le trou inférieur. Le ruban de tirage peut également être utilisé pour faciliter le passage des câbles.

Desenganche el anillo de ajuste del módulo superior ensamblado previamente. Coloque los cables de baja tensión por el módulo superior y la junta. Inserte los cables de baja tensión por el orificio superior, de tal forma que salgan por el orificio inferior. La cinta pasacable también se puede utilizar para ayudar a dirigir los cables.

**NOTE • NOTE • NOTA:**
The gasket can be removed if desired to allow for cables with larger connectors to fit through the opening.

Si vous le préférez, la garniture peut être retirée pour permettre aux câbles à connecteurs plus gros de passer dans l'ouverture.

Si lo desea puede retirar la junta para permitir el paso de los cables con conectores de mayor tamaño por la abertura.



**Step 5. • Étape 5. • Paso 5.**

Install upper module into the wall and tighten the 3 screws until snug. Snap the trim ring onto the upper module.

Installez le module supérieur dans le mur et fixez-le à l'aide de 3 vis jusqu'à ce qu'il soit bien en place. Fixez l'anneau de garniture sur le module supérieur.

Instale el módulo superior en la pared y ajuste los 3 tornillos hasta que queden firmes. Coloque el anillo de ajuste en el módulo superior.

**NOTE • NOTE • NOTA:**
The upper trim ring is labeled "TOP" on the back of the ring.

L'anneau de garniture supérieur porte l'inscription «TOP» à l'arrière de l'anneau.

El anillo de ajuste superior lleva la leyenda "TOP" [ARRIBA] en la parte posterior.

**Step 8. • Étape 8. • Paso 9.**

Unsnap the trim ring and remove the back screws holding the back cover onto the bottom module.

Retirez l'anneau de garniture ainsi que les deux vis qui retiennent le couvercle arrière du module inférieur.

Desenganche el anillo de ajuste y retire los dos tornillos que sostienen la cubierta posterior en el módulo inferior.



**STEP 7 •**

Feed the low voltage (audio/video) cables through the lower chute. Feed the low voltage (audio/video) cables through the upper hole and out through the bottom hole. The Cable Feed may also be used to help feed the cables.

PASO 7 • Pase los cables de baja tensión (audio/video) a través del conducto inferior. Pase los cables de baja tensión (audio/video) a través del orificio superior y fuera a través del orificio inferior. El guía de cable también puede ser utilizado para ayudar a pasar cables.

**STEP 8 •**

Install upper grommet into the wall and turn the 2 screws clockwise until snug inside the sheetrock.

PASO 8 • Instale el panecillo superior en la pared y gire las 2 tornillos hacia la derecha hasta que se ajuste dentro de la plancha de roca.

**STEP 9 •**

Remove the two screws holding the rack cover onto the bottom grommet.

PASO 9 • Quite los dos tornillos que sujetan I cubierta posterior en el panecillo inferior.

**STEP 10 •**

Insert the power harness plug into the back of the bottom grommet and re-secure back cover.

PASO 10 • Inserte el enchufe del arnés de alimentación en la parte posterior de la parte inferior panecillo y vuelva a cerrar la cubierta posterior.

**NOTE •**
Do not over tighten the screws.

NOTA • No apriete demasiado los tornillos.



**Step 10. • Étape 10. • Paso 10.**

Insert the power harness plug into the back of the bottom module and re-secure the back cover.

Insérez la fiche du fil du harnais à l'arrière du module intérieur et remettez le couvercle arrière en place.

Inserte el enchufe del arnés de energía en la parte posterior del módulo inferior y vuelva a ajustar la cubierta posterior.

**NOTE • NOTE • NOTA:**
Do not overtighten the screws.
Ne pas trop serrer les vis.
No ajuste los tornillos en exceso.

**Step 11. • Étape 11. • Paso 11.**

Route low voltage cables through the bottom module and gasket. Install bottom module into the wall and tighten the 3 screws until snug. Snap the trim ring onto the bottom module.

Faites passer les câbles de basse tension dans le module inférieur et dans la garniture. Installez le module inférieur dans le mur et fixez-le à l'aide de 3 vis jusqu'à ce qu'il soit bien en place. Fixez l'anneau de garniture sur le module inférieur.

Coloque los cables de baja tensión por el módulo inferior y la junta. Instale el módulo inferior en la pared y ajuste los 3 tornillos hasta que queden firmes. Coloque el anillo de ajuste en el módulo inferior.

**NOTE • NOTE • NOTA:**
The bottom trim ring is labeled "BOTTOM" on the back of the ring.

L'anneau de garniture inférieur porte l'inscription «BOTTOM» à l'arrière de l'anneau.

El anillo de ajuste inferior lleva la leyenda "BOTTOM" [ABAJO] en la parte posterior.

**NOTE • NOTE • NOTA:**
The gasket can be removed if desired to allow for cables with larger connectors to fit through the opening.

Si vous le préférez, la garniture peut être retirée pour permettre aux câbles à connecteurs plus gros de passer dans l'ouverture.

Si lo desea puede retirar la junta para permitir el paso de los cables con conectores de mayor tamaño por la abertura.





54.     Upon information and belief, Defendant Mono-Systems obtained the Copyrighted Installation Guide from a Wiremold CMK70 Kit and used it as the model for the Infringing Installation Guide without prior authorization from Plaintiff Wiremold.

55.     Other components of the Mono-Systems FSTV70 Kit are direct copies of like components provided in the Wiremold CMK70 Kit, including the following components:

- The "Fish Tape" of the Wiremold CMK70 Kit compared with the "Cable Lead" of the Mono-Systems FSTV70 Kit;

- The Power Harness of the Wiremold CMK70 Kit compared with the Power Harness of the Mono-Systems FSTV70 Kit; and

- The Hole Saw, Hole Saw Handle, and Drill Bit of the Wiremold CMK70 Kit compared with the Hole Saw, Hole Saw Handle, and Drill Bit of the Mono-Systems FSTV70 Kit.

13

56.     Plaintiff Wiremold has not licensed to Defendant Mono-Systems, or otherwise authorized Defendant, any rights, to use or practice the '460 patent or the Copyrighted Installation Guide, or any other rights in the Wiremold CMK70 Kit or its packaging.

57.     Upon information and belief, Defendant Mono-Systems is aware of the commercial success and industry acclaim for the Wiremold CMK70 Kit.  Upon further information and belief, Defendant Mono-Systems intended to reap the benefit of such success and acclaim by offering its Mono-Systems FSTV70 Kit.

58.     As a result of Defendant Mono-Systems' infringing activities, Plaintiff Wiremold has suffered financial harm and damage to its reputation.

59.     Upon information and belief, Defendant Mono-Systems' actions in copying Wiremold's product, packaging, installation instructions, imagery and verbiage were intentional and willful.

60.     Upon information and belief, unless restrained by this Court, Defendant Mono-Systems will continue to willfully and intentionally use, without authority from Plaintiff, components and materials in connection with its infringing products, packaging, installation instructions, imagery and verbiage.

## Count I
## Patent Infringement

61.     Plaintiff Wiremold realleges and restates each and every allegation set forth in paragraphs 1-60 inclusive, and incorporates them herein by reference.

62.     Without the consent or authorization of Plaintiff Wiremold, Defendant Mono-Systems has infringed the '460 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale or importing certain products covered by at least one claim of the '460 Patent in this District and elsewhere in the United States.

63.     Defendant Mono-Systems' infringement of the '460 Patent has irreparably damaged Plaintiff Wiremold in an amount that is unknown and cannot at the present time be ascertained, and will cause added injury and loss unless this Court enjoins Defendant Mono-Systems.

64.     Upon information and belief, Defendant Mono-Systems' continued infringement of the '460 Patent is knowing and willful.

## Count II
## Federal Copyright Infringement

65.     Plaintiff Wiremold realleges and restates each and every allegation set forth in paragraphs 1-64 inclusive, and incorporates them herein by reference.

66.     The Copyrighted Installation Guide comprises, in whole or in part, an original work of authorship that constitute copyrightable subject matter under the copyright laws of the United States, 17 U.S.C. §§ 101 *et seq.*  Plaintiff Wiremold has complied in all respects with the laws governing copyright.

67.     Plaintiff Wiremold has not conveyed any copyright interest in the Copyrighted Installation Guide to Defendant Mono-Systems.

68.     In violation of Plaintiff Wiremold's exclusive rights in the Copyrighted Installation Guide, Defendant Mono-Systems has intentionally and willfully copied the Copyrighted Installation Guide, and reproduced and distributed an Infringing Installation Guide that is strikingly and substantially similar to the Copyrighted Installation Guide.

69.     Defendant Mono-Systems' unlawful conduct constitutes infringement of Plaintiff Wiremold's exclusive rights in the Copyrighted Installation Guide, including without limitation Plaintiff's rights under 17 U.S.C. § 106.

70.     Upon information and belief, as a direct and proximate result of Defendant Mono-Systems' wrongful conduct, Defendant has realized and continues to realize profits and other benefits rightfully belonging to Plaintiff Wiremold.

71.     As a result of Defendant Mono-Systems' unlawful conduct, Plaintiff Wiremold has suffered and will continue to suffer damages in an amount to be ascertained.

72.     Defendant Mono-Systems' continued, unauthorized reproduction of the Copyrighted Installation Guide, and sale and distribution of the Mono-Systems FSTV70 Kit in connection with the Infringing Installation Guide is causing and will cause Plaintiff irreparable harm unless enjoined by this Court.

**Count III**
**Violation of Federal Unfair Competition (15 U.S.C. § 1125(a))**

73.     Plaintiff Wiremold realleges and restates each and every allegation set forth in Paragraphs 1-72 inclusive, and incorporates them herein by reference.

74.     Defendant Mono-Systems' aforementioned acts were, and continue to be, engaged in by Defendant in the conduct of trade and/or commerce.

75.     By engaging in the acts alleged above, Defendant Mono-Systems has willfully and maliciously engaged in conduct offensive to public policy, governing statutes, common law principles, and established concepts of fairness.

76.     Defendant Mono-Systems' aforementioned acts were, and continue to be, unfair, unconscionable, unethical, unscrupulous and/or deceptive.

77.     Defendant Mono-Systems' conduct has caused and will continue to cause substantial injury to Plaintiff Wiremold and to the public interest.

78.     Plaintiff Wiremold has suffered, and if Defendant Mono-Systems is not enjoined, Plaintiff will continue to suffer damages as a result of Defendant's aforementioned acts.

79.     The acts complained of herein, when viewed in connection with the totality of what has been copied by Defendant Mono-Systems, demonstrate a pattern of deceptive and unfair trade practices in the conduct of its trade or business.

80.     Defendant Mono-Systems' aforementioned acts constitute unfair competition, false advertising, and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of the Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

81.     Defendant Mono-Systems' continued unlawful and unfair trade practices are causing and will cause Plaintiff irreparable harm.

82.     The actions of Defendant Mono-Systems are wanton and willful, and render this case exceptional under 15 U.S.C. § 1117(a).

**Count IV**
**Violation of the Connecticut Unfair Trade Practices Act**

83.     Plaintiff Wiremold realleges and restates each and every allegation set forth in Paragraphs 1-82 inclusive, and incorporates them herein by reference.

84.    Defendant Mono-Systems' aforementioned acts constitute unfair competition, false advertising, and unfair or deceptive acts or practices in the conduct of trade or commerce, all in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq*.

85.    By virtue of the unfair competition and unfair trade practices committed by Defendant Mono-Systems, Plaintiff Wiremold has suffered injury and irreparable harm for which it has no adequate remedy at law.

86.    Unless enjoined by this Court, Defendant Mono-Systems will continue its unlawful and unfair trade practices and cause Plaintiff to suffer further injury and irreparable harm.

**Count V**
**Common Law Unfair Competition**

87.    Plaintiff Wiremold realleges and restates each and every allegation set forth in Paragraphs 1-86 inclusive, and incorporates them herein by reference.

88.    Defendant Mono-Systems' aforementioned acts constitute unfair competition and unfair or deceptive trade practices under the common law.

89.    By virtue of the unfair competition and unfair trade practices, Plaintiff Wiremold has been damaged by Defendant's aforementioned acts.

90.    Unless enjoined by this Court, Defendant Mono-Systems will continue its unlawful and unfair trade practices and cause Plaintiff to suffer further injury and irreparable harm.

**Prayer for Relief**

WHEREFORE, Plaintiff Wiremold seeks judgment as follows:

1.      That this Court declare that the '460 Patent is valid and infringed by Defendant Mono-Systems.

2.      That this Court preliminarily and permanently enjoin Defendant Mono-Systems, and anyone acting in concert with it, from infringing the '460 Patent as provided in 35 U.S.C. § 283, and specifically bar Defendant Mono-Systems, and anyone acting in concert with it, from making, using, selling or offering for sale in the United States, or importing into the United States, products that infringe the '460 Patent.

3.      That this Court award Plaintiff Wiremold damages, as provided in 35 U.S.C. § 284, in an amount to be proven at trial, for infringement of the '460 Patent by Defendant Mono-Systems.

4.      That this Court declare that the Copyrighted Installation Guide is valid and infringed by Defendant Mono-Systems.

5.      That this Court preliminarily and permanently enjoin Defendant Mono-Systems, and anyone acting in concert with it, from:

a.      making unauthorized reproductions of the Infringing Installation Guide, including reproductions that are substantially similar to the Copyrighted Installation Guide; and

b.      continuing to distribute, reproduce, prepare derivative works, sell, offer for sale, or authorize the sale of any Mono-Systems FSTV70 Kit that includes the Infringing Installation Guide.

6.      That this Court award Plaintiff Wiremold its actual damages or Defendant's profits, as provided in 17 U.S.C. § 504, in an amount to be determined at trial.

7.      That this Court enter judgment that:

    a.      Defendant Mono-Systems has engaged in unfair competition and unfair or deceptive trade practices with Plaintiff Wiremold in the market for DIY kits for routing power cords within a wall structure, and Plaintiff has been damages thereby; and

    b.      Defendant Mono-Systems' unfair competition and unfair or deceptive trade practices in the market for DIY kits for routing power cords within a wall structure has been wanton and willful, which renders this case exceptional.

8.      That this Court preliminarily and permanently enjoin Defendant Mono-Systems, and anyone acting in concert with it, from engaging in acts of unfair competition and unfair or deceptive trade practices with Plaintiff Wiremold in the field of DIY kits for routing power cords within a wall structure.

9.      That this Court award Plaintiff Wiremold its damages suffered as a result of Defendant's unfair competition and unfair or deceptive trade practices in the field of DIY kits for routing power cords within a wall structure, in an amount to be proven at trial.

10.     That this Court award Plaintiff Wiremold exemplary damages not to exceed three times the actual damages for unfair competition pursuant to 15 U.S.C. § 1117(a).

11.    That this Court award Plaintiff Wiremold punitive damages for Defendant's unfair competition and unfair or deceptive trade practices pursuant to Conn. Gen. Stat. § 42-110g(a).

12.    That this Court declare this case exceptional and award Plaintiff Wiremold its costs in this Complaint, together with reasonable attorneys' fees as provided in 35 U.S.C. § 285, 17 U.S.C. § 505, 15 U.S.C. § 1117(a), and/or Conn. Gen. Stat. § 42-110g(d).

13.    That Plaintiff Wiremold be awarded such other and further relief, general and special, at law or in equity, which this Court, in its discretion, may deem just and proper.

## Jury Demand

Plaintiff Wiremold hereby demands a jury trial.

Respectfully submitted

**PLAINTIFF,
THE WIREMOLD COMPANY**

Dated:   October 24, 2014            By:   / s /  Marina F. Cunningham
                                                Marina F. Cunningham (ct19475)
                                                  *cunningham@ip-lawyers.com*
                                                John C. Linderman (ct04291)
                                                  *lind@ip-lawyers.com*
                                                McCormick, Paulding & Huber, LLP
                                                CityPlace II, 185 Asylum Street
                                                Hartford, CT  06103
                                                Tel.:  (860) 549-5290
                                                Fax:  (860) 527-0464

Its Attorneys

## Certificate of Service

I hereby certify that on October 24, 2014, a true copy of the foregoing **AMENDED COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/ Marina F. Cunningham
Marina F. Cunningham